**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Cervantes, | No. CV-24-00364-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Parties, et al., | |
| Defendants. | |

The deadline for service in this matter was May 22, 2024. Fed. R. Civ. P. 4(m) (a plaintiff must serve the defendant within ninety days after the complaint is filed).[1] The record shows Plaintiff Linda Cervantes ("Plaintiff") adequately served Defendant Alberto Mejia via service processor on March 4, 2024, (Doc. 11) and, the next day, Defendant Alberto Mejia filed an Answer (Doc. 9) to the Complaint (Doc. 1). However, Defendants John Doe Corporation I–X d/b/a El Guapo Envios, Jose L. Mejia Torres, Jane Doe Torres, and Jane Doe Mejia (collectively the "Unserved Defendants") were not served by the service deadline, and so Plaintiff filed a Motion for Extension of Time to Serve the Unserved Defendants (Doc. 13). Federal Rule of Civil Procedure 4 provides if a plaintiff shows good cause for failing to serve a defendant within the time limit, "the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m). Plaintiff seeks a sixty (60) day extension to serve the Unserved Defendants because she suspects they are either out of the country or actively avoiding service. (Doc. 13 at 3). The Court will

---

[1] The Complaint (Doc. 1) was filed on February 22, 2024.

address the circumstances of each Unserved Defendant in turn.

## I. Defendants Jose L. Mejia Torres and Jane Doe Torres

When Plaintiff's service processor served Defendant Alberto Mejia, he indicated that Defendant Jose L. Mejia Torres is his father and he is out of the country. (Doc. 13-1 at 2). Plaintiff's service processor asked Defendant Alberto Mejia to call when Defendant Jose L. Mejia Torres returned. (*Id.*) As of May 22, 2024, Plaintiff's service processor has not yet received a call from Defendant Jose L. Mejia Torres. (Doc. 13 at 3). Because Defendant Jose L. Mejia Torres is out of the country and expected to return, the Court finds good cause to grant Plaintiff a sixty (60) day extension to serve Defendants Jose L. Mejia Torres and Jane Doe Torres.

## II. Defendants John Doe Corporation I–X d/b/a El Guapo Envios

Plaintiff says the trade name El Guapo Envios is owned by Defendant Jose L. Mejia Torres (Doc. 13-3) and Defendant Alberto Mejia admitted in his Answer that Defendants Jose L. Mejia Torres and Jane Doe Torres are the owners of El Guapo Envios (Doc. 9 at ¶ 13). Plaintiff thus concludes that Defendants Jose L. Mejia Torres and Jane Doe Torres are the correct parties to serve on behalf of a Defendant John Doe Corporation I–X d/b/a El Guapo Envios. The Court agrees. Because the Court will grant Plaintiff a sixty (60) day extension to serve Defendants Jose L. Mejia Torres and Jane Doe Torres, the Court finds cause to grant Plaintiff the same extension to serve Defendant John Doe Corporation I–X d/b/a El Guapo Envios.

## III. Defendant Jane Doe Mejia

Defendant Alberto Mejia stated to Plaintiff's process server that he is not married (Doc. 13 at 2). Plaintiff represents she relied on Defendant Alberto Mejia's statement and had discontinued efforts to serve Defendant Jane Doe Mejia. (Doc. 13 at 4). However, Defendant Alberto Mejia later admitted in his Answer that he is married. (Doc. 9 at ¶ 15). So, Plaintiff seeks an extension to so she can locate Defendant Jane Doe Mejia through Defendant Alberto Mejia. The Court finds Plaintiff's request is supported by good cause and will grant her a sixty (60) day extension to serve Defendant Jane Doe Mejia.

Accordingly,

**IT IS ORDERED** that Plaintiff Linda Cervantes Motion for Extension of Time to Serve (Doc. 13) is **GRANTED**. Plaintiff may have through July 22, 2024, to serve Defendants John Doe Corporation I–X d/b/a El Guapo Envios, Jose L. Mejia Torres, Jane Doe Torres, and Jane Doe Mejia.

Dated this 24th day of May, 2024.

Honorable Diane J. Humetewa
United States District Judge